## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RICHARD GILLIAM**                                                                                         **PLAINTIFF**
**ADC #209415**

v.                              **Case No. 4:19-cv-00682-KGB-BD**

**MATTHEW HODGE,**                                                                                          **DEFENDANT**
**Administrator, Lonoke County Detention Facility**

## ORDER

Before the Court is defendant Matthew Hodge's motion to dismiss (Dkt. No. 12). The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere regarding this motion. (Dkt. No. 18). Plaintiff Richard Gilliam did not respond to the pending motion to dismiss. Mr. Gilliam has not filed any objections to the Recommended Disposition, and the time to file objections has passed.

Mr. Gilliam has, however, filed a motion for preliminary injunction and a motion to stay (Dkt. Nos. 19, 20). However, these motions are each one sentence long and state simply that Mr. Gilliam is making a motion for preliminary injunction and a motion to stay, respectively (*Id.*). These two motions contain no factual or legal contentions whatsoever, and neither motion makes any argument, states the relief Mr. Gilliam seeks, or raises grounds upon which he seeks such relief. The Court sees no argument or grounds upon which these motions could be granted. Accordingly, the Court denies without prejudice Mr. Gilliam's motion for preliminary injunction and motion to stay (*Id.*). To the extent Mr. Gilliam filed these motions as objections to Judge Deere's Recommended Disposition, the Court overrules them as such.

Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings

in all respects (Dkt. No. 18).  The Court grants Mr. Hodge's motion to dismiss and dismisses Mr. Gilliam's complaint and amended complaint without prejudice (Dkt. Nos. 2, 6, 12).

It is so ordered this the 28th day of Sepember, 2020.

_____
Kristine G. Baker
United States District Judge