IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM**  **PLAINTIFF**
**ADC #209415**

v.   Case No. 4:19-cv-00682-KGB-BD

**MATTHEW HODGE,**  **DEFENDANT**
**Administrator, Lonoke County Detention Facility**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that plaintiff Richard Gilliam's claims are hereby dismissed without prejudice.

It is so adjudged, this 28th day of September, 2020.

_____
Kristine G. Baker
United States District Judge